UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  21-20092-Civ-Scola

KENNETH SCHURR,

    Plaintiff,

vs.

AIG PROPERTY CASUALTY COMPANY,

    Defendant.
_____/

## JOINT STIPULATION OF RESOLUTION
## OF ALL PENDING MATTERS

COME NOW, the Parties, Plaintiff, KENNETH SCHURR, and Defendant, AIG PROPERTY CASUALTY COMPANY, by and through undersigned counsel and hereby notify the Court that the sole remaining issue in the present litigation, the amount of attorney's fees due to the Plaintiff, has been resolved. This leaves no remaining matters before the Court.

Respectfully Submitted,

| | |
|---|---|
| Kramer, Green, Zuckerman, Greene & Buchsbaum, P.A. | Clausen Miller, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 4000 Hollywood Boulevard, Suite 485-S | 4830 West Kennedy Blvd., Suite 600 |
| Hollywood, FL  33021 | Tampa, FL  33609 |
| (954) 966-2112-phone/(954)981-1605-fax | (813) 519-1024 – phone |
| | |
| By: /s/ Craig M. Greene, Esq. | By: /s/ Michael J. Raudebaugh, Esq. |
| Craig M. Greene, Esq. | Michael J. Raudebaugh, Esq. |
| Florida Bar No. 618421 | Florida Bar No. 93803 |
| cgreene@kramergreen.com | mraudebaugh@clausen.com |
| gproctor@kramergreen.com | aschaab@clausen.com |
| dbirchall@kramergreen.com | |
| jnapoli@kramergreen.com | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY a true and correct copy of the foregoing has been filed with the Court via CM/ECF filing and sent via electronic mail this 21st day of June, 2022, to: Michael Raudebaugh, Esq., Clausen Miller P.C., Attorneys for Defendant, 4830 West Kennedy Blvd., Suite 600, Tampa, FL 33609, mraudebaugh@clausen.com, aschaab@clausen.com, ablish@clausen.com.

        KRAMER, GREEN, ZUCKERMAN,
        GREENE & BUCHSBAUM, P.A.
        Attorneys for Plaintiff, Kenneth B. Schurr
        4000 Hollywood Boulevard, Suite 485-S
        Hollywood, FL 33021
        (954) 966-2112-phone
        (954) 981-1602-fax


By: __/s/ Craig M. Greene, Esq.____
        Craig M. Greene, Esq.
        Fla. Bar No. 618421
        cgreene@kramergreen.com